# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

WILLIAM SHAW, JR.                             PLAINTIFF

V.                   No. 3:21-CV-7-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

DATED this 6th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE